JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORIA PULIDO,<br><br>        Plaintiff,<br><br>  v.<br><br>RIALTO UNIFIED SCHOOL DISTRICT, a public entity; EDNA E. DAVIS-HERRING, Superintendent of Schools, Rialto Unified School District, BARBARA MORI, Director of Special Education, Rialto Unified School District, and DOES 1-10, inclusive,<br><br>        Defendants. | Case No. EDCV 07-506-VAP (JCRx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Defendants shall pay to Plaintiff

///

///

///

1  attorneys' fees in the amount of $85,905.50.  The Court
2  orders that such judgment be entered.
3
4
5  Dated:  May 11, 2008                    _____
                                                VIRGINIA A. PHILLIPS
6                                            United States District Judge

2